### CHRISTOPHER CLARKE *v.* ROBERTA N. CLARKE
### (9300)

O'CONNELL, FOTI and HEIMAN, Js.

Argued March 25—decision released April 16, 1991

*Warren P. Joblin,* for the appellant (plaintiff).

*Victoria de Toledo,* for the appellee (defendant).

PER CURIAM. The judgment is affirmed.

### IDEAL FORGING CORPORATION *v.* PYE AND
### HOGAN MACHINE COMPANY, INC.
### (9292)

DALY, LAVERY and CRETELLA, Js.

Argued March 26—decision released April 16, 1991

*John J. Carta, Jr.,* for the appellant (defendant).

*Robert A. Izzo,* for the appellee (plaintiff).

PER CURIAM. The judgment is affirmed.